

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DAVID BARRON, | § | No. 08-12-00184-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D01101) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **March 6, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before March 6, 2015.

IT IS SO ORDERED this 21st day of January, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.